OMNIBUS DECLARATION OF FBI SPECIAL AGENT ELIZABETH CARDENAS

I, Elizabeth Cardenas, declare as follows:

1. I am currently a Special Agent with the Federal Bureau of Investigation. I have been an FBI agent since January 2019. I make this declaration in support of the government's opposition to defendant Deneyvous Hobson's motion to suppress. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Since February 14, 2022, I have been one of the law enforcement agents investigating the armed robbery of the Wescom Credit Union.

3. On February 14, 2022, I received screengrabs taken by WCU personnel of the surveillance footage of the February 14, 2022 robbery. This includes photos of the white Honda sedan used in the robbery, photos of the individuals who were involved in the robbery, and one of the individual's star tattoo. (Ex A.)

4. On February 15, 2022, I received the WCU surveillance footage itself.

5. On February 15, 2022, I received information that three weeks prior to the WCU robbery, a suspicious incident occurred in which Hawthorne Police Department were called and defendant Deneyvous Hobson stopped with his co-defendant in a white Tahoe.

6. In investigating Deneyvous Hobson as a potential suspect for the WCU robbery, I conducted online searches of defendant and located open Instagram and Facebook accounts. On those accounts, I found various pictures of defendant's tattoos, to include:

a. A profile picture of Hobson's Instagram account that pictured his back with no shirt on, and several tattoos visible on his lower back (attached hereto as Exhibit B);

b. A picture of Hobson's neck with a star tattoo in the middle, similar to the design of the star tattoo captured in the footage from WCU (attached hereto as Exhibit C);

7. Local law enforcement also continued to pursue leads in relation to the WCU robbery, which included obtaining several state-issued warrants. One such warrant permitted local law enforcement to place a tracker on defendant Hobson's vehicle. After that warrant was signed, I communicated on multiple occasions with Detective Jesse Lopez, the affiant of that warrant, and was told that law enforcement could not locate defendant Hobson's vehicle to place the tracker. To my knowledge, the state tracker was never placed nor activated. At no time did I receive any data from the proposed state tracker.

8. In September 2022, after additional robberies, including on September 15, 2022, I requested that Los Angeles Sherriff's Department Deputies conduct surveillance on defendant and ascertain if defendant had certain tattoos or otherwise indicated his involvement in an armed robbery conspiracy. In doing so, I provided LASD with information and photographs of the star tattoo that the WCU armed robber had so that if the officers encountered defendant Hobson, they would know what to look for.

9. From my training and experience and investigation in this case, I am aware that the five pointed star is a Black P. Stone criminal gang symbol with important significance to the gang.

10. In creating a side-by-side comparison of the tattoos (both the WCU robbery surveillance footage against the LASD body cam

footage, and later the WCU robbery surveillance footage against defendant's booking photos), I used no special software, did not manipulate the photo, or otherwise employ any techniques to brighten, soften, or alter the photos in any way. I simply used a screen grab tool and zoomed in on that.

11. On February 29, 2024, I received a link to the bodycam footage of the September 15, 2022 LASD traffic stop. (Attached hereto as Exhibits D & E). I had previously received the portion of that footage that contained defendant's tattoo display.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 7, 2024.

Elizabeth Cardenas