E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KEVIN J. BUTLER (Cal. Bar No. 329129)
JENA A. MACCABE (Cal. Bar No. 316637)
JASON C. PANG (Cal. Bar No. 296043)
Assistant United States Attorneys
Violent and Organized Crime and General Crimes Sections
1300/1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-6495/5046/2652
Facsimile: (213) 894-0141
E-mail: kevin.butler2@usdoj.gov
jena.maccabe@usdoj.gov
jason.pang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENEYVOUS JAYAN HOBSON, et al.,<br><br>Defendants. | No. CR 23-00102-FLA<br><br><u>DECLARATION OF LOS ANGELES SHERIFF'S DEPARTMENT DEPUTY JEFFREY DAILEY</u> |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Kevin J. Butler,

//

//

Jena A. MacCabe, and Jason C. Pang, hereby files the declaration of Los Angeles Sheriff's Department Deputy Jeffrey Dailey.

Dated: April 24, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/ *Jena A. MacCabe*
KEVIN J. BUTLER
JENA A. MACCABE
JASON C. PANG
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DECLARATION OF LOS ANGELES SHERIFF'S DEPARTMENT DEPUTY JEFFREY DAILEY

I, Jeffrey Dailey, declare as follows:

1. I am currently a Los Angeles County Sheriff's Department Deputy. I have been an LASD Deputy for nine years. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. On September 15, 2022, I was contacted by Federal Bureau of Investigation Special Agent Elizabeth Cardenas. Special Agent Cardenas provided me a photograph from a robbery showing a star tattoo on a robber's lower back, as a photograph of a vehicle and license plate number that FBI agents were surveilling within our jurisdiction.

3. On September 15, 2022, I witnessed a vehicle matching the picture provided and with the same license plate, driven by Deneyvous Hobson, traveling after sunset without its rear headlamps illuminated, in violation of California Vehicle Code § 24250. I also noticed that the windows were heavily tinted, possibly in violation of California Vehicle Code § 26708.5. I conducted a traffic stop based on both violations.

4. I did not issue a citation for either offense and released Hobson with a warning. I did not author a report regarding the traffic stop because no citation was issued.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 31, 2024.

Jeffrey Dailey